**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ANDREW C. NEAL, JR.**                                                          **PLAINTIFF**
**SCDC #8600**

**v.**                          **CASE NO: 3:20-cv-00200-JM-JJV**

**STATE OF ARKANSAS,** *et al***.**                                      **DEFENDANTS**

## **ORDER**

Having reviewed Plaintiff Andrew C. Neal, Jr.'s ("Plaintiff") Amended Complaint (Doc. No. 9) for screening purposes,[1] the Court concludes service is appropriate as to Plaintiff's conditions of confinement claim against Defendant Mark Counts and as to Plaintiff's conditions of confinement, equal protection, and retaliation claims against Defendant Serena Martin.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendants Counts and Martin. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 9), Summons, and this Order on each of them without prepayment of fees and costs or security therefore. Service for Defendants should be attempted through the Sharp County Sheriff's Office, 30A Court Drive, Ash Flat, Arkansas 72513.

DATED this 31st day of August 2020.

                                           JOE J. VOLPE
                                           UNITED STATES MAGISTRATE JUDG

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).