# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANDREW C. NEAL, JR.**                                                 **PLAINTIFF**
**SCDC #8600**

**v.**                 **CASE NO: 3:20CV00200-JM-JJV**

**STATE OF ARKANSAS,** *et al.*                                       **DEFENDANTS**

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Neal's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against the State of Arkansas, Arkansas Supreme Court, and Defendants Michelle Huff, Harold Erwin, Joe Grider, III, Henry Boyce, and Ryan Cooper are dismissed without prejudice as improperly joined.

2. Defendants State of Arkansas, Arkansas Supreme Court, and Defendants Michelle Huff, Harold Erwin, Joe Grider, III, Henry Boyce, and Ryan Cooper are dismissed as parties from this lawsuit.

3. Plaintiff's claims against Defendants Rita Woods, Joyce Wheeler, Sloan Lane, Bobby Glenn, Arron Presser, and Alisa Black are dismissed without prejudice for failure to state a claim on which relief may be granted.

4. Defendants Rita Woods, Joyce Wheeler, Sloan Lane, Bobby Glenn, Arron Presser, and Alisa Black are dismissed as parties from this lawsuit.

5. Plaintiff's conditions of confinement claims against Defendants Count and Martin survive screening and will be served.

6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 22nd day of September, 2020.

_____
DISTRICT JUDGE JAY MOODY JR.